DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY SARANIE,**
Appellant,

v.

**PROF-2013 LEGAL TRUST,** by U.S. Bank National
Association as Legal Title Trustee, et al.,
Appellees.

No. 4D16-3715

[November 2, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kathleen D. Ireland, Judge; L.T. Case No. CACE 10040340 (11).

Andrew M. Schwartz of Andrew M. Schwartz, P.A., Boca Raton, for appellant.

Elizabeth A. Henriques of Liebler Gonzalez & Portuondo, Miami, for appellee Prof-2013 Legal Trust.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH, JJ., and BELANGER, ROBERT E., Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***